

**MINUTE ENTRY**
**BERRIGAN, J.**
**April 5, 2000**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF PRIDE OFFSHORE, INC., etc. | CIVIL ACTION<br><br>NO. 00-0215<br><br>SECTION "C"(4) |

     **IT IS ORDERED** that, by May 5, 2000 at 5 p.m., the Plaintiff in this declaratory action and any claimants that have already filed claims submit memoranda directed to the issue of whether this Court should exercise its discretion to entertain this declaratory action.

DATE OF ENTRY
APR - 7 2000