

**MINUTE ENTRY**
**BERRIGAN, J.**
**May 12, 2000**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF PRIDE OFFSHORE, INC., etc. | CIVIL ACTION<br><br>NO. 00-0215<br><br>SECTION "C"(4) |

The Court has considered Pride Offshore, Inc.'s ("Pride") Memorandum in Support of Declaratory Judgment Action and finds that Pride has sufficiently established that the Court should exercise its discretion to retain jurisdiction over this declaratory judgment action.

[signature]

DATE OF ENTRY
MAY 1 5 2000

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No._____ 7