

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 11 PM 12: 08

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT DEMOND ALLEN | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 00-215 |
| PRIDE OFFSHORE, INC., ET AL | * | SECTION "C" |
| | | MAGISTRATE ( ) |

* * * * ** * * * * * * * * *

**JUDGE GINGER BERRIGAN**

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**ON MOTION** of Karl Wiedemann of the law firm Wiedemann & Wiedemann, and

upon suggesting to the Court that counsel is no longer representing the interest of Robert

Demond Allen in this cause and therefore desires to have his name stricken from the

record as counsel for Robert Demond Allen, and upon further suggesting that Hugh P.

Lambert and Linda J. Nelson of the law firm Lambert & Nelson, P.L.C. has been retained

on behalf of Robert Demond Allen and desires to be enrolled as counsel of record.

Respectfully submitted,

Respectfully submitted,

HUGH P. LAMBERT - Bar #7933
LINDA J. NELSON - Bar #9938
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750

KARL WIEDEMANN - Bar #
Wiedemann & Wiedemann
821 Baronne Street
New Orleans, Louisiana 70130
Telephone: (504) 581-6180

DATE OF ENTRY

AUG 1 4 2000

Fee_____
Process_____
X Dktd _____
CtRmDep_____
Doc. No._____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT DEMOND ALLEN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-215 |
| PRIDE OFFSHORE, INC. | * | SECTION "C " |
| | * | MAGISTRATE (  ) |
| * * * * ** * * * * * * * * * * | | JUDGE GINGER BERRIGAN |

## O R D E R

**IT IS HEREBY ORDERED THAT** the name of Karl Wiedemann be stricken as counsel of record for Robert Demond Allen and the name of Hugh P. Lambert and Linda J. Nelson be and is hereby substituted in lieu thereof, as counsel for Robert Demond Allen in the captioned and numbered proceedings.

New Orleans, Louisiana, this 14 day of _____, 2000.

_____
JUDGE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT DEMOND ALLEN | * | CIVIL ACTION |
| VERSUS | * | NUMBER 00-215 |
| PRIDE OFFSHORE, INC. | * | SECTION "C" |
| | * | MAGISTRATE (  ) |
| * * * * ** * * * * * * * * * * | | JUDGE GINGER BERRIGAN |

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the above and foregoing Motion to Withdraw

and Substitute Counsel of Record of Plaintiff, Robert Demond Allen, has been forwarded

to Robert Demond Allen, 19 Lizzie Lane, Columbia, Mississippi via certified mail, and all

counsel of record via U.S. Mail, postage prepaid and properly addressed this __11__ day

of __August__ , 2000.

_____
HUGH P. LAMBERT