```
                                               FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2000 OCT 20 PM 12: 10

                                           LORETTA G. WHYTE
                                                CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | * | CIVIL ACTION |
| PRIDE OFFSHORE, INC. AS OWNER | * | |
| AND/OR OPERATOR OF THE M/V PRIDE | * | NUMBER: 00-0215 |
| ALABAMA FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY AND | * | SECTION "C" |
| DECLARATORY JUDGMENT | * | |
| | * | MAGISTRATE (4) |
| | * | |
| * * * * * * * * * * * * * * * * * | * | JUDGE GINGER BERRIGAN |
| | | MAGISTRATE JUDGE KAREN WELLS ROBY |

### MOTION FOR LEAVE TO FILE
### SUPPLEMENTAL AND AMENDING
### CLAIM ON BEHALF OF ROBERT D. ALLEN

**NOW INTO COURT,** through undersigned counsel, comes Claimant, Robert D. Allen, who respectfully requests that he be allowed to supplement and amend the original Claim filed by Robert D. Allen in order to add Shell Oil Company as additional party Defendant for the reasons more fully set forth in the attached Memorandum in Support of Motion for Leave to File Supplemental and Amending Claim.

Claimant respectfully represents to this Honorable Court that the filing of the Supplemental and Amending Claim will in no way impede the progress of this action.

Counsel for Defendants have not expressed an objection to Claimant filing the attached Supplemental and Amending Claim.

```
DATE OF ENTRY
OCT 23 2000
```

```
___Fee_____
___Process___
 X _Dktd_____
 √ _CtRmDep__
   _Doc.No.__ 16
```

All of which is respectfully submitted,

_____
HUGH P. LAMBERT, T.A. (#7933)
LINDA J. NELSON (#9938)
LAMBERT & NELSON, P.L.C.
701 MAGAZINE STREET
NEW ORLEANS, LA 70130
TELEPHONE: 504-581-1750
ATTORNEYS FOR ROBERT D. ALLEN

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a copy of the above and foregoing has been mailed to counsel for all parties to these proceedings by placing a copy of same in the United States mail, properly addressed and first class postage prepaid this __16__ day of October 2000.

_____
LINDA J. NELSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF PRIDE OFFSHORE, INC. AS OWNER AND/OR OPERATOR OF THE M/V PRIDE ALABAMA FOR EXONERATION FROM OR LIMITATION OF LIABILITY AND DECLARATORY JUDGMENT | * * * * * * * * | CIVIL ACTION<br><br>NUMBER: 00-0215<br><br>SECTION "C"<br><br>MAGISTRATE (4) |
| * * * * * * * * * * * * * * * * | | JUDGE GINGER BERRIGAN<br>MAGISTRATE JUDGE KAREN WELLS ROBY |

## O R D E R

**CONSIDERING THE ABOVE AND FOREGOING;**

**IT IS ORDERED** that the Motion for Leave to File Supplemental and Amending Claim in these proceedings be and the same is hereby granted.

New Orleans, Louisiana this 23 day of Oct, 2000.

_____
UNITED STATES DISTRICT JUDGE