

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | * | CIVIL ACTION |
| PRIDE OFFSHORE, INC. AS OWNER | * | |
| AND/OR OPERATOR OF THE M/V PRIDE | * | NUMBER: 00-0215 |
| ALABAMA FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY AND | * | SECTION "C" |
| DECLARATORY JUDGMENT | * | |
| | * | MAGISTRATE (4) |
| | * | |
| * * * * ** * * * * * * * * * ** * * | | JUDGE GINGER BERRIGAN |
| | | MAGISTRATE JUDGE KAREN WELLS ROBY |

### UNOPPOSED MOTION TO EXTEND DEADLINE
### FOR SUBMISSION OF LIABILITY EXPERT REPORTS

**NOW INTO COURT**, through undersigned counsel, comes Claimant, Robert D. Allen, who respectfully represents to this Honorable Court that the date by which Plaintiff must submit liability expert reports is November 17, 2000. Counsel for Plaintiff requests that this Honorable Court extend the time within which Claimant has to submit liability expert reports in this matter for sixty (60) days or until January 16, 2001 in the above captioned matter for the reasons set forth in the attached Memorandum in Support of this Motion.

DATE OF ENTRY
NOV - 1 2000



Mover respectfully represents to this Honorable Court that the filing of Claimant's Supplemental and Amending Claim will in no way delay the pretrial and/or trial of this matter. The trial is scheduled for March 5, 2001.

Counsel for Pride Offshore, Inc. has been contacted and has expressed no objection to this extension.

All of which is respectfully submitted,

HUGH P. LAMBERT, T.A. (#7933)
LINDA J. NELSON (#9938)
LAMBERT & NELSON, P.L.C.
701 MAGAZINE STREET
NEW ORLEANS, LA 70130
TELEPHONE: 504-581-1750
ATTORNEYS FOR ROBERT D. ALLEN

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a copy of the above and foregoing has been mailed to counsel for all parties to these proceedings by placing a copy of same in the United States mail, properly addressed and first class postage prepaid this 31 day of Oct 2000.

LINDA J. NELSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | * | CIVIL ACTION |
| PRIDE OFFSHORE, INC. AS OWNER | * | |
| AND/OR OPERATOR OF THE M/V PRIDE | * | NUMBER: 00-0215 |
| ALABAMA FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY AND | * | SECTION "C" |
| DECLARATORY JUDGMENT | * | |
| | * | MAGISTRATE (4) |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | JUDGE GINGER BERRIGAN |
| | | MAGISTRATE JUDGE KAREN WELLS ROBY |

**MEMORANDUM IN SUPPORT OF MOTION TO EXTEND
DEADLINE FOR SUBMISSION OF EXPERT REPORTS**

**MAY IT PLEASE THE COURT:**

Claimant, Robert D. Allen, requests that this Honorable Court extend the time within which Claimant has to submit liability expert reports in this matter for the reasons that Claimant recently discovered that the hole in which he fell and was injured was located on the Shell platform known as the Shell platform OCSG No. 3936 located at BRA205 A-19. Claimant recently supplemented and amended his claim to add Shell Oil Company as the owners and/or operators of the Shell platform OCSG No. 3936 located at BRA205 A-19, however, Claimant has not had the opportunity to inspect the platform and/or rig involved

herein. The inspection of the rig known as the PRIDE ALABAMA is scheduled for December 20, 2000. The inspection of the Platform has not yet been scheduled.

Considering the above and foregoing reasons, Claimant, Robert D. Allen, respectfully requests that he be granted sixty (60) additional days within which to submit liability expert reports or until January 16, 2001.

Counsel for Pride Offshore, Inc. has been contacted and has expressed no objection to this extension.

All of which is respectfully submitted,

HUGH P. LAMBERT, T.A. (#7933)
LINDA J. NELSON (#9938)
LAMBERT & NELSON, P.L.C.
701 MAGAZINE STREET
NEW ORLEANS, LA 70130
TELEPHONE: 504-581-1750
ATTORNEYS FOR ROBERT D. ALLEN

### CERTIFICATE OF SERVICE

Undersigned counsel certifies that a copy of the above and foregoing has been mailed to counsel for all parties to these proceedings by placing a copy of same in the United States mail, properly addressed and first class postage prepaid this 31 day of October 2000.

LINDA J. NELSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF PRIDE OFFSHORE, INC. AS OWNER AND/OR OPERATOR OF THE M/V PRIDE ALABAMA FOR EXONERATION FROM OR LIMITATION OF LIABILITY AND DECLARATORY JUDGMENT | * * * * * * * * | CIVIL ACTION<br><br>NUMBER: 00-0215<br><br>SECTION "C"<br><br>MAGISTRATE (4) |
| * * * * * * * * * * * * * * * * * * | | JUDGE GINGER BERRIGAN<br>MAGISTRATE JUDGE KAREN WELLS ROBY |

FILED: _____     _____
                                                                               **DEPUTY CLERK**

## O R D E R

**IT IS ORDERED** that the Unopposed Motion to Extend Deadline for Submission of Liability Expert Reports is hereby granted allowing Plaintiff until January 16, 2001 to submit liability expert reports in the above captioned matter.

New Orleans, Louisiana this ___1___ day of ___nov___, 2000.

_____
UNITED STATES DISTRICT JUDGE