

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | * | CIVIL ACTION |
| PRIDE OFFSHORE, INC. AS OWNER | * | |
| AND/OR OPERATOR OF THE M/V PRIDE | * | NUMBER: 00-215 |
| ALABAMA FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY AND | * | SECTION "C" |
| DECLARATORY JUDGMENT | * | |
| | * | MAGISTRATE (4) |

JUDGE GINGER BERRIGAN
MAGISTRATE JUDGE KAREN ROBY WELLS

### UNOPPOSED MOTION TO CONTINUE
### HEARING ON MOTION TO COMPEL DISCOVERY

**NOW INTO COURT**, through undersigned counsel, comes Claimant, Robert D. Allen, who respectfully represents to this Honorable Court that the hearing on Claimant's Motion To Compel Discovery in the above numbered and entitled cause of action is currently scheduled for Wednesday, November 15, 2000 at 11:00 o'clock a.m.

Claimant desires to continue the hearing on the Motion to Compel Discovery in this case to the Court's next available hearing date because, while Pride Offshore has responded to Claimant's discovery requests since the filing of this Motion, the discovery responses are incomplete and counsel has not yet had an opportunity to hold a conference to discuss this matter.

DATE OF ENTRY
NOV 1 6 2000

Claimant further requests, that the hearing be reset to the next date which this Honorable Court may have available for a hearing which date might afford Claimant reasonable and sufficient time to confer with opposing counsel and/or to file a Supplemental Memorandum in Support of Motion to Compel.

Counsel for Pride Offshore, Inc. has been contacted and has expressed no objection to this continuance.

All of which is hereby respectfully submitted;

HUGH P. LAMBERT, T.A.   (Bar #7933)
LINDA J. NELSON          (Bar #9938)
LAMBERT & NELSON, P.L.C.
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Counsel for Claimant, Robert D. Allen

### CERTIFICATE OF SERVICE

I, **LINDA J. NELSON**, do hereby certify that a copy of the above and foregoing has been forwarded to all parties to these proceedings y depositing a copy of same in the United States Mail, postage pre-paid and properly addressed, as well as via facsimile transmission this on 14 day of November 2000.

LINDA J. NELSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF PRIDE OFFSHORE, INC. AS OWNER AND/OR OPERATOR OF THE M/V PRIDE ALABAMA FOR EXONERATION FROM OR LIMITATION OF LIABILITY AND DECLARATORY JUDGMENT | * * * * * * * | CIVIL ACTION<br><br>NUMBER: 00-215<br><br>SECTION "C"<br><br>MAGISTRATE (4) |

* * * * ** * * * * * * * * * * ** * *

JUDGE GINGER BERRIGAN
MAGISTRATE JUDGE KAREN ROBY WELLS

### CERTIFICATE OF NO OPPOSITION

I, **LINDA J. NELSON**, do hereby certify that opposing counsel have been contacted regarding the above and foregoing Motion to Continue Hearing on Motion to Compel Discovery and they have indicated that they have no opposition to the filing and/or granting of same.

New Orleans, Louisiana this _14_ day of November 2000.

_____
LINDA J. NELSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | * | CIVIL ACTION |
| PRIDE OFFSHORE, INC. AS OWNER | * | |
| AND/OR OPERATOR OF THE M/V PRIDE | * | NUMBER: 00-215 |
| ALABAMA FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY AND | * | SECTION "C" |
| DECLARATORY JUDGMENT | * | |
| | * | MAGISTRATE (4) |
| * * * * * * * * * * * * * * * * * * | * | |

JUDGE GINGER BERRIGAN
MAGISTRATE JUDGE KAREN ROBY WELLS

## ORDER

**CONSIDERING THE ABOVE AND FOREGOING;**

**IT IS ORDERED** that the hearing on the Motion to Compel Discovery in the above numbered and entitled cause of action, currently scheduled for Wednesday, November 15, 2000 at 11:00 o'clock a.m., be and the same is hereby continued.

**IT IS FURTHER ORDERED** that the hearing of this matter be and the same is hereby re-scheduled to commence on the 24th day of Nov, 2000 at 11:00 o'clock a.m. New Orleans, Louisiana this 15th day of November 2000.

_____
MAGISTRATE JUDGE KAREN ROBY WELLS