

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MINUTE ENTRY
BERRIGAN, J
NOVEMBER 16, 2000

      **IT IS ORDERED** that the following motions set for hearing on November 22, 2000, will be considered on the briefs.

00-0215    IN THE MATTER OF THE COMPLAINT OF PRIDE OFFSHORE, INC., ETC.
                Motion by Pride Offshore, Inc. to continue trial (19)

00-0263    UNITED STATES OF AMERICA V A.J.S., INC., ET AL
                Motion by the United States of America for summary judgment (23)

00-2083    MATTHEW S. SKIDMORE V NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)
                Motion by National Railroad Passenger Corporation for summary judgment (17)

DATE OF ENTRY
NOV 1 7 2000

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No. 27

00-2873   CHARLES MCCORMICK V NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)
Motion by National Railroad Passenger Corporation to dismiss (7)

_____
UNITED STATES DISTRICT JUDGE