

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 17 PM 1:59

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | * | CIVIL ACTION |
| PRIDE OFFSHORE, INC. AS OWNER | * | |
| AND/OR OPERATOR OF THE M/V PRIDE | * | NUMBER: 00-0215 |
| ALABAMA FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY AND | * | SECTION "C" |
| DECLARATORY JUDGMENT | * | |
| | * | MAGISTRATE (4) |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | JUDGE GINGER BERRIGAN |
| | | MAGISTRATE JUDGE KAREN WELLS ROBY |

### UNOPPOSED MOTION TO EXTEND DEADLINE
### FOR SUBMISSION OF EXPERT REPORTS

**NOW INTO COURT**, through undersigned counsel, comes Claimant, Robert D. Allen, who respectfully represents to this Honorable Court that the date by which Plaintiff must submit expert reports is November 17, 2000. Counsel for Plaintiff requests that this Honorable Court extend the time within which Claimant has to submit expert reports in this matter for sixty (60) days or until January 16, 2001 in the above captioned matter for the reasons set forth in the attached Memorandum in Support of this Motion.

Mover respectfully represents to this Honorable Court that the filing of Claimant's Motion to Extend Deadline for Submission of Expert Reports will in no way delay the

DATE OF ENTRY
NOV 20 2000



pretrial and/or trial of this matter. The trial is scheduled for March 5, 2001.

Counsel for Pride Offshore, Inc. has been contacted and has expressed no objection to this extension.

All of which is respectfully submitted,

_____
HUGH P. LAMBERT, T.A. (#7933)
LINDA J. NELSON (#9938)
LAMBERT & NELSON, P.L.C.
701 MAGAZINE STREET
NEW ORLEANS, LA 70130
TELEPHONE: 504-581-1750
ATTORNEYS FOR ROBERT D. ALLEN

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a copy of the above and foregoing has been mailed to counsel for all parties to these proceedings by placing a copy of same in the United States mail, properly addressed and first class postage prepaid this ___19___ day of ___Nov___, 2000.

_____
LINDA J. NELSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | * | CIVIL ACTION |
| PRIDE OFFSHORE, INC. AS OWNER | * | |
| AND/OR OPERATOR OF THE M/V PRIDE | * | NUMBER: 00-0215 |
| ALABAMA FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY AND | * | SECTION "C" |
| DECLARATORY JUDGMENT | * | |
| | * | MAGISTRATE (4) |
| * * * * * * * * * * * * * * * * * * * | * | JUDGE GINGER BERRIGAN |
| | | MAGISTRATE JUDGE KAREN WELLS ROBY |

**MEMORANDUM IN SUPPORT OF MOTION TO EXTEND
DEADLINE FOR SUBMISSION OF EXPERT REPORTS**

**MAY IT PLEASE THE COURT:**

Claimant, Robert D. Allen, requests that this Honorable Court extend the time within which Claimant has to submit expert reports in this matter for the reasons that Claimant's expert Economist, Melville Z. Wolfsen, Ph.D., died Sunday, November 12, 2000 and Claimant has not had the opportunity to retain another expert Economist.

Considering the above and foregoing reasons, Claimant, Robert D. Allen, respectfully requests that he be granted sixty (60) additional days within which to submit expert reports or until January 16, 2001.

Claimant respectfully represents to this Honorable Court that the filing of Claimant's Motion to Extend Deadline for Submission of Expert Reports will in no way delay the pretrial and/or trial of this matter. The trial is scheduled for March 5, 2001.

Counsel for Pride Offshore, Inc. has been contacted and has expressed no objection to this extension.

All of which is respectfully submitted,

HUGH P. LAMBERT, T.A. (#7933)
LINDA J. NELSON (#9938)
LAMBERT & NELSON, P.L.C.
701 MAGAZINE STREET
NEW ORLEANS, LA 70130
TELEPHONE: 504-581-1750
ATTORNEYS FOR ROBERT D. ALLEN

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a copy of the above and foregoing has been mailed to counsel for all parties to these proceedings by placing a copy of same in the United States mail, properly addressed and first class postage prepaid this 15 day of November 2000.

LINDA J. NELSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | * | CIVIL ACTION |
| PRIDE OFFSHORE, INC. AS OWNER | * | |
| AND/OR OPERATOR OF THE M/V PRIDE | * | NUMBER: 00-0215 |
| ALABAMA FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY AND | * | SECTION "C" |
| DECLARATORY JUDGMENT | * | |
| | * | MAGISTRATE (4) |
| | * | |
| * * * * ** * * * * * * * * * * * * * | * | JUDGE GINGER BERRIGAN |
| | | MAGISTRATE JUDGE KAREN WELLS ROBY |

FILED: _____    _____
                                              **DEPUTY CLERK**

## O R D E R

**IT IS ORDERED** that the Unopposed Motion to Extend Deadline for Submission of Expert Reports is hereby granted allowing Plaintiff until January 16, 2001 to submit liability expert reports in the above captioned matter.

New Orleans, Louisiana this _20_ day of _Nov_____, 2000.

_____
UNITED STATES DISTRICT JUDGE