```
                                                FILED
                                          U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                          2000 NOV 22  AM 8:43

                                            LORETTA G. WHYTE
                                                 CLERK
```

**MINUTE ENTRY**
**BERRIGAN, J.**
**NOVEMBER 21, 2000**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF PRIDE OFFSHORE, INC, AS OWNER AND/OR OPERATOR OF THE M/V PRIDE ALABAMA FOR EXONERATION FRON OR LIMITATION OF LIABILITY AND DECLARATORY JUDGMENT | * * * | CIVIL ACTION<br><br>00-0215<br><br>SECTION "C" (4) |

IT IS ORDERED that a Telephone Status Conference be held in this matter on, Wednesday, November 29, 2000 at 3:00 pm.

DATE OF ENTRY
NOV 22 2000

_____
UNITED STATES DISTRICT JUDGE