

**MINUTE ENTRY**
**BERRIGAN, J.**
**November 29, 2000**

IN THE MATTER OF THE COMPLAINT                    CIVIL ACTION
OF PRIDE OFFSHORE, INC. AS OWNER
AND/OR OPERATOR OF THE M/V PRIDE                  NO. 00-215
ALABAMA FOR EXONERATION FROM
OR LIMITATION OF LIABILITY AND                    SECTION "C" (4)
DECLARATORY JUDGMENT

On this date, the Court held a telephone status conference with the parties in this matter to discuss the pending motion to continue the March 2001 trial date.

IT IS ORDERED that Pride Offshore's Motion to Continue Trial (Rec. Doc. 19) is DENIED at this time.

DATE OF ENTRY
NOV 3 0 2000

Fee_____
Process_____
X_Dktd_____
CtRmDep_____
Doc.No._____