FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
DEC 1 2 2000
2000 DEC 12 PH 4: 00

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF PRIDE OFFSHORE, INC. AS OWNER AND/OR OPERATOR OF THE M/V PRIDE ALABAMA FOR EXONERATION FROM OR LIMITATION OF LIABILITY AND DECLARATORY JUDGMENT | CIVIL ACTION<br><br>NO.  00-0215<br><br>SECTION "C"<br><br>JUDGE BERRIGAN<br><br>MAG. JUDGE ROBY |

## MOTION AND ORDER TO
## SUBSTITUTE COUNSEL OF RECORD

NOW COMES Shell Offshore, Inc. through its undersigned counsel, Arthur A. Crais, Jr.,

and James H. Daigle of Lemle & Kelleher, L.L.P. and upon suggesting to the court that Shell

Offshore, Inc. desires to substitute James H. Daigle of Lemle & Kelleher, L.L.P. in place of

Arthur A. Crais, Jr. as counsel for Shell Offshore, Inc. in the captioned matter;

IT IS HEREBY ORDERED that James H. Daigle of Lemle & Kelleher, L.L.P. be and the

same is hereby substituted as counsel of record for Shell Offshore, Inc. in the captioned matter in

place of Arthur A. Crais, Jr.

NEW ORLEANS, LOUISIANA, this ___13___ day of December, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
DEC 1 4 2000

1

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_ 33
Doc.No._ 33

*Arthur A. Crais Jr.*

ARTHUR A. CRAIS, JR. (#4573)
701 Poydras Street
1510 One Shell Square
Post Office Box 61933
New Orleans, Louisiana  70131
Telephone: (504) 728-4654
Telefax:  (504) 728-4690


LEMLE & KELLEHER, L.L.P.

*James H. Daigle*

JAMES H. DAIGLE, T.A. (#4455)
BRADLEY J. SCHLOTTERER (#24211)
THOMAS A. PORTEOUS (#27039)
601 Poydras Street, 21st Floor
New Orleans, LA  70130
Telephone:  (504) 586-1241

ATTORNEYS FOR SHELL OFFSHORE, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, by telecopy, or by hand delivery, this _7th_ day of December 2000.

236758_1.Doc

*James H. Daigle*