

MINUTE ENTRY
ROBY, M.J.
December 18, 2000

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: PRIDE OFFSHORE, INC.        CIVIL ACTION

                                   NO:     00-0215

                                   SECTION: "C" (4)

A **DISCOVERY CONFERENCE by telephone** was held on this date, regarding the appropriateness of an objection made by counsel for the defendant during the deposition of Houston Colbert, a Pride Offshore employee. Participating were Hugh Lambert, representing the claimant, Robert Allen and James Daigle and Bob Wright, representing the defendant Shell Offshore, Inc

Counsel for the claimant contends that defense counsel made an inappropriate "speaking objection" during the deposition and requests the Court to instruct against making such objections

After listening to the arguments of counsel and the verbatim reading of counsels' dialogue, the Court found that no question had been posed to the witness and that therefore defense counsel's objection was appropriate under the federal rules. The Court however cautioned that had a question been posed to the witness, defense counsel's comments would have been inappropriate.

DATE OF ENTRY
DEC 1 9 2000

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE