```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2000 DEC 28  AM 9: 14

              LORETTA G. WHYTE
                    CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MINUTE ENTRY
BERRIGAN, J
DECEMBER 28, 2000

**IT IS ORDERED** that the following motions set for hearing on January 3, 2001, will be considered on the briefs.

| | |
|---|---|
| 99-3438 | ARNOLD BAKER (FULLER) V KENNETH S. APPEL, COMMISSIONER OF SOCIAL SECURITY<br>Motion by Kenneth S. Apfel to remand (11) |
| 99-3528 | WILBERT T. RICHARDSON V HOME DEPOT, USA, INC.<br>Motion by Wilbert T. Richardson to vacate the Court's order of dismissal and to reinstate/reopen the case (41) |
| 00-0215 | IN THE MATTER OF THE COMPLAINT OF PRIDE OFFSHORE, INC., ETC., ET AL<br>Motion by Shell Offshore, Inc. to continue trial (34)<br>Motion by Shell Offshore, Inc. to extend deadline for submission of expert reports and liability expert reports (35) |
| 00-0652 | ROLAND COOPER V JACK STRAIN, ET AL<br>Motion by Malise Prieto for entry of final judgment pursuant to F.R.C.P. Rule 54(b) (29) |

DATE OF ENTRY
DEC 2 8 2000

___Fee_____
___Process_____
 X _Dktd_____
___CtRmDep_____
___Doc.No._____

00-0772   DENISE LEWIS, ET AL V TRANSOCEAN TERMINAL OPERATORS, INC.
Motion by Denise Lewis to remand to CDC for the Parish of Orleans (78)

00-2480   ALBERT LEE DAVIS, SR. V TIDEWATER MARINE, INC.
Motion by Tidewater Marine, L.L.C. to bar additional discovery (19)

00-2949   SHEILA BELLIZAN, ET AL V EASY MONEY OF LOUISIANA, INC., ET AL
Motion by Easy Money of Louisiana, Inc. for stay of action pending arbitration and motion to compel arbitration (6)

00-3320   IN RE: EQUINOX OIL COMPANY, INC.
Joint motion by Unsecured Creditors Disbursement Committee and Equinox Oil Company, Inc. for substitution or for joinder of additional party pursuant to confirmed plan of reorganization (14)

_____
UNITED STATES DISTRICT JUDGE