FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -3 PM 12: 03

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**BERRIGAN, J.**
**January 3, 2001**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF PRIDE OFFSHORE, INC. AS OWNER AND/OR OPERATOR OF THE M/V PRIDE ALABAMA FOR EXONERATION FROM OR LIMITATION OF LIABILITY AND DECLARATORY JUDGMENT | CIVIL ACTION<br><br>NO. 00-215<br><br>SECTION "C" (4) |

Before the Court is Shell Offshore's Motion to Continue the Trial in this matter. After reviewing the record and the arguments of counsel, IT IS ORDERED THAT the Motion to Continue is HEREBY GRANTED. A preliminary conference shall be held on **January 23, 2001, at 10:30 a.m.** to reschedule the trial date and all other relevant deadlines. In light of the above, Shell Offshore's Motion to Extend the Deadline for the Submission of Expert Reports and Liability of Expert is hereby DISMISSED AS MOOT.

IT IS FURTHER ORDERED THAT the parties shall also participate in a telephone status conference initiated by the court on **Thursday, January 11, 2001, at 9:30 a.m.** to discuss any progress made on the issue of maintenance and cure payments.

DATE OF ENTRY
JAN - 4 2001

___Fee___
___Process___
X_/Dktd___
___/CtRmDep___
Doc. No___