```
              FILED
         U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

         2001 JAN 10  AM 10: 42

           LORETTA G. WHYTE
                CLERK
```

**MINUTE ENTRY**
**ROBY, M.J.**
**January 10, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: PRIDE OFFSHORE, INC. | CIVIL ACTION |
| | NO:      00-215 |
| | SECTION: "C" (4) |

On October 31, 2000, the claimant, Robert Allen filed a **Motion to Compel Discovery (doc. #18)** seeking to compel Pride Offshore Inc. ("Pride") to respond to his First Set of Interrogatories, Request for Production of Documents and Request for Admissions, propounded on or about September 6, 2000. As of the date the motion was filed Pride had not responded to the mover's discovery.

On November 7, 2000, Pride filed a Memorandum in Opposition to the Motion to Compel, contending that it responded to all of the claimant's discovery, thereby rendering the motion moot.[1] Thereafter on November 14, 2000, counsel for Allen filed an unopposed Motion to Continue Hearing on the Motion to Compel, representing that he needed additional time to assess

---

[1] *See* Rec. doc. #24.

```
  DATE OF ENTRY
   JAN 1 0 2001
```



the responses, to hold a conference on the responses which he believed to be incomplete and submit a supplemental memorandum to the Court addressing only those issues that remain in dispute.[2]

The motion was re-set for hearing before the undersigned on November 29, 2000. As of the date of this Minute Entry, the Court has not received a supplemental memorandum apprizing it of what, if any, discovery remains outstanding.

Accordingly,

**IT IS THEREFORE ORDERED** that the claimant Robert Allen's **Motion to Compel Discovery (doc. #18)** is hereby **DENIED AS MOOT**.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

---

[2]*See* Rec. doc. #26.