

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 10 PM 12: 00

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF PRIDE OFFSHORE, INC. AS OWNER AND/OR OPERATOR OF THE M/V PRIDE ALABAMA FOR EXONERATION FROM OR LIMITATION OF LIABILITY AND DECLARATORY JUDGMENT | CIVIL ACTION<br><br>NO. 00-0215<br><br>SECTION "C"<br><br>JUDGE BERRIGAN<br><br>MAG. JUDGE ROBY |

### AMENDED FIRST SUPPLEMENTAL WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes Shell Offshore, Inc. and amends its First Supplemental Witness List as follows:

65. Lee Fowler
    Inspector – Minerals Management Services
    102 Oak Park Drive, Suite 200
    Clute, Texas   77531

66. Jim Hail
    Inspector – Minerals Management Services
    102 Oak Park Drive, Suite 200
    Clute, Texas   77531

67. Henry Hite
    Inspector – Minerals Management Services
    102 Oak Park Drive, Suite 200
    Clute, Texas   77531

1



Fee_____
Process____
X Dktd____
CtRmDep____
Doc.No. 50

68.  Any witness listed by any other party

Shell Offshore, Inc. reserves the right to supplement and amend this list in the event other witnesses are uncovered through discovery.

LEMLE & KELLEHER, L.L.P.

_____
JAMES H. DAIGLE, T.A. (#4455)
BRADLEY J. SCHLOTTERER (#24211)
THOMAS A. PORTEOUS (#27039)
601 Poydras Street, 21st Floor
New Orleans, LA  70130
Telephone:  (504) 586-1241
Facsimile:  (504) 584-9142

ATTORNEYS FOR SHELL OFFSHORE, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, by telecopy, or by hand delivery, this 9th day of January, 2001.

_____

241922_1.Doc