



# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF PRIDE OFFSHORE, INC. AS OWNER | * | |
| AND/OR OPERATOR OF THE M/V PRIDE | * | NO. 00-0215   SEC. "C"(4) |
| ALABAMA FOR EXONERATION FROM | * | |
| OR LIMITATION OF LIABILITY AND | * | JUDGE BERRIGAN |
| DECLARATORY JUDGMENT | * | MAGISTRATE JUDGE ROBY |

*******************************************

## OPPOSITION TO MOTION TO COMPEL

**MAY IT PLEASE THE COURT:**

Pride previously objected to a Motion to Compel filed by claimant on the grounds that claimant failed to specify the particular discovery requests made subject of the Motion to Compel. This Court ultimately dismissed the Motion to Compel when plaintiff failed to specify the particular discovery requests. Claimant has now filed a new Motion to Compel, but has once again failed to identify the discovery requests the subject of the motion other than to attach a letter as an exhibit to the Memorandum in support. This letter is clearly insufficient as a basis for the Motion to Compel. Claimant has failed to identify any basis upon which Pride's previous responses are insufficient. Further, Pride has twice supplemented its responses to discovery. (See attached Exhibits "A" and "B".) Therefore, Pride respectfully submits the Motion to Compel should be denied, as claimant has not specified the discovery

1

requests that are the subject of the Motion and has not demonstrated why Pride's objections should not be upheld.

                                        Respectfully submitted,

                                        REICH, MEEKS & TREADAWAY, L.L.C.

                                        ROBERT S. REICH, #11163
                                        LAWRENCE R. PLUNKETT, JR., #19739
                                        3850 North Causeway Boulevard
                                        Suite 1000
                                        Metairie, LA 70002
                                        Telephone: (504) 830-3999
                                        *Attorneys for Pride Offshore, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the above has been forwarded to all counsel of record by depositing the same in the U.S. mail, properly addressed and on this _16_ day of January, 2001.

2

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF PRIDE OFFSHORE, INC. AS OWNER | * | |
| AND/OR OPERATOR OF THE M/V PRIDE | * | NO. 00-0215   SEC. "C"(4) |
| ALABAMA FOR EXONERATION FROM | * | |
| OR LIMITATION OF LIABILITY AND | * | JUDGE BERRIGAN |
| DECLARATORY JUDGMENT | * | MAGISTRATE JUDGE ROBY |

*******************************************

## SUPPLEMENTAL RESPONSE TO REQUEST
## FOR PRODUCTION OF DOCUMENTS

NOW COMES defendant, Pride Offshore, Inc., through undersigned counsel, who supplements its response to the Request for Production propounded by plaintiff as follows:

**REQUEST FOR PRODUCTION NO. 3:**

The original logs and/or diaries and/or journals and/or work reports and/or drilling reports and/or IADC reports and/or maintenance records for the Pride Offshore Drilling, Inc.'s Rig PRIDE ALABAMA and/or the platform involved herein for two weeks prior to the date of this incident, the date of this incident, and two weeks subsequent to this incident.

1



**SUPPLEMENTAL RESPONSE TO REQUEST NO. 3:**

Objection. Pride objects to Request for Production No. 3 on the grounds it is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving its objection, attached are the following documents:

1)   Morning rig reports dated 12/15/99-12/31/99;

2)   IADC reports dated 12/16/99-12-31/99;

Respectfully submitted,

REICH, MEEKS & TREADAWAY, L.L.C.

ROBERT S. REICH, #11163
LAWRENCE R. PLUNKETT, JR., #19739
3850 North Causeway Boulevard
Suite 1000
Metairie, LA 70002
Telephone: (504) 830-3999
*Attorneys for Pride Offshore, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the above has been forwarded to all counsel of record by depositing the same in the U.S. mail, properly addressed and on this 9 day of January, 2001.

2

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF PRIDE OFFSHORE, INC. AS OWNER | * | |
| AND/OR OPERATOR OF THE M/V PRIDE | * | NO. 00-0215   SEC. "C"(4) |
| ALABAMA FOR EXONERATION FROM | * | |
| OR LIMITATION OF LIABILITY AND | * | JUDGE BERRIGAN |
| DECLARATORY JUDGMENT | * | MAGISTRATE JUDGE ROBY |

*********************************************

### SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

NOW COMES defendant, Pride Offshore, Inc., through undersigned counsel, who supplements its previous responses to the Request for Production propounded by plaintiff responds as follows:

**REQUEST FOR PRODUCTION NO. 5:**

Job descriptions of Plaintiff, Robert Demond Allen, for the time frame of this incident.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 5:**

See attached Pride Offshore, Inc. roustabout job description.

**REQUEST FOR PRODUCTION NO. 9:**

Coast Guard certification and/or Mineral Management Services certification and/or certification of any kind of the rig and/or platform involved herein.

1


EXHIBIT "B"

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 9:**

See attached Certificate of Documentation, Certificate of Financial Responsibility (Water Pollution), Certificate of Inspection and Temporary Certificate of Inspection.

**REQUEST FOR PRODUCTION NO. 12:**

Payroll records of Plaintiff, including but not limited to W-2 forms, earnings records, and pay records.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 12:**

See attached check history.

**REQUEST FOR PRODUCTION NO. 19:**

Copies of any and all fringe benefit programs, retirement, profit sharing programs, hospitalization insurance, life insurance, disability insurance and/or any other plans or benefits in effect at the time of this incident.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 19:**

Attached is Pride's Group Health/Dental/Flex Plan. Plaintiff only enrolled in Pride's Health and Dental Plan.

                    Respectfully submitted,

                    REICH, MEEKS & TREADAWAY, L.L.C.

ROBERT S. REICH, #11163
LAWRENCE R. PLUNKETT, JR., #19739
3850 North Causeway Boulevard, Suite 100
Metairie, LA 70002
Telephone: (504) 830-3999
*Attorneys for Pride Offshore, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify a copy of the above has been forwarded to all counsel of record by depositing the same in the U.S. mail, properly addressed and on this _15_ day of _January_, 2001.

_____
[signature: Lawrence Plunkett]

3