FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 18 PM 4: 02

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**BERRIGAN, J.**
**January 11, 2001**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF PRIDE OFFSHORE, INC. AS OWNER AND/OR OPERATOR OF THE M/V PRIDE ALABAMA FOR EXONERATION FROM OR LIMITATION OF LIABILITY AND DECLARATORY JUDGMENT | CIVIL ACTION<br><br>NO. 00-215<br><br>SECTION "C" (4) |

On this date, the Court conducted a telephone status conference with the parties regarding the issue of maintenance and cure. During the call, counsel informed the Court that there were a number of outstanding issues regarding the maintenance and cure question, many of which were intertwined with the question of liability. Therefore, no resolution on this issue had yet been reached. In addition, counsel informed the Court that the parties will be participating in a mediation on February 6, 2001.

*[signature]*

DATE OF ENTRY
JAN 1 9 2001

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No. 52