```
                                    FILED
                             U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                            2001 JAN 25  AM 8: 50

                              LORETTA G. WHYTE
                                   CLERK
```

MINUTE ENTRY
BERRIGAN, J.
JANUARY 24, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF PRIDE OFSHORE        CIVIL ACTION

                                                                NUMBER: 00-0215

                                                                SECTION: "C"

Pursuant to rule FRCP Rule 60a,

**IT IS ORDERED** that the scheduling order issued on January 23, 2001 (Rec. Doc. No. 53), be and is hereby amended as follows:

**A Telephone Status Conference regarding settlement will be held on Tuesday, August 28, 2001, at 3:30 p.m.**

**A Final Pretrial Conference will be held on Wednesday, September 19, 2001, at 3:00 p.m.**

                                       _____
                                             UNITED STATES DISTRICT JUDGE

```
DATE OF ENTRY
 JAN 2 5 2001
```

Fee _____
Process _____
X Dktd _____
_ CtRmDep _____
_ Doc.No. 54