FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 22  AM 12: 33

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | * | CIVIL ACTION |
| PRIDE OFFSHORE, INC. AS OWNER | * | |
| AND/OR OPERATOR OF THE M/V PRIDE | * | NUMBER: 00-0215 |
| ALABAMA FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY AND | * | SECTION "C " |
| DECLARATORY JUDGMENT | * | |
| | * | MAGISTRATE (4) |
| | * | |

* * * * ** * * * * * * * * * * *    JUDGE GINGER BERRIGAN
MAGISTRATE JUDGE KAREN WELLS ROBY

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM
### IN SUPPORT OF MOTION TO COMPEL DISCOVERY

**NOW INTO COURT,** through undersigned counsel, comes Claimant, Robert D.

Allen, who respectfully requests that he be allowed to supplement his Motion To Compel

Discovery in response to Pride Offshore, Inc.'s Opposition to Motion to Compel Discovery

for the reasons more fully set forth in the attached Supplemental Memorandum in Support

of Motion to Compel Discovery.

Claimant respectfully represents to this Honorable Court that the filing of the

Supplemental Memorandum in Support of Motion to Compel Discovery will in no way

impede the progress of this action.

DATE OF ENTRY
JAN 2 9 2001

All of which is respectfully submitted,

HUGH P. LAMBERT, T.A. (#7933)
LINDA J. NELSON (#9938)
LAMBERT & NELSON, P.L.C.
701 MAGAZINE STREET
NEW ORLEANS, LA 70130
TELEPHONE: 504-581-1750
ATTORNEYS FOR ROBERT D. ALLEN

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a copy of the above and foregoing has been mailed to counsel for all parties to these proceedings by placing a copy of same in the United States mail, properly addressed and first class postage prepaid this 22nd day of January 2001.

LINDA J. NELSON

2

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF | * | CIVIL ACTION |
| PRIDE OFFSHORE, INC. AS OWNER | * | |
| AND/OR OPERATOR OF THE M/V PRIDE | * | NUMBER: 00-0215 |
| ALABAMA FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY AND | * | SECTION "C " |
| DECLARATORY JUDGMENT | * | |
| | * | MAGISTRATE (4) |
| | * | |

* * * * ** * * * * * * * * * * *    JUDGE GINGER BERRIGAN
MAGISTRATE JUDGE KAREN WELLS ROBY

# O R D E R

**CONSIDERING THE ABOVE AND FOREGOING;**

**IT IS ORDERED** that the Motion for Leave to File Supplemental Memorandum in

Support of Motion to Compel Discovery filed by Claimant in these proceedings be and the

same is hereby granted.

New Orleans, Louisiana this 25th day of January 2001.

_____
UNITED STATES DISTRICT JUDGE

3