FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -7 PM 3:51

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: PRIDE OFFSHORE, INC.     *     CIVIL ACTION

                                     *     No. 00-0215

                                     *     SECTION "C" (5)

## ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

        **COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE**

        **BEEN SUBPOENAED, EVERY WITNESS MUST BE**

        **NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, February 7, 2001

                                HELEN G. BERRIGAN
                                UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

FEB - 8 2001

X _____
CtRmDep____
Doc.No._____