FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -9 AM 8: 39

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
ROBY, M.J.
February 7, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRIDE OFFSHORE, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0215** |
| **SHELL OIL COMPANY, ET AL.** | **SECTION: "C" (4)** |

On January 4, 2001, the claimant, Robert Allen ("claimant") filed a **Motion to Compel Discovery Responses (doc. #48)** against Pride Offshore, Inc. The claimant's motion was submitted on the briefs on January 24, 2001. However, on February 7, 2001, the parties advised the undersigned by written correspondence that an agreement to compromise all claims has been reached and that the Motion to Compel is therefore moot.

Accordingly,

**IT IS THEREFORE ORDERED** that the plaintiff's **Motion to Compel Discovery Responses (doc. #48)** is hereby **DENIED AS MOOT**.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
FEB - 9 2001

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No.____