```
                                        FILED
                                  U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                 2001 MAR 21  PM 1:25

                                  LORETTA G. WHYTE
                                        CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF PRIDE OFFSHORE, INC. AS OWNER | * | |
| AND/OR OPERATOR OF THE M/V PRIDE | * | NO. 00-0215   SEC. "C"(4) |
| ALABAMA FOR EXONERATION FROM | * | |
| OR LIMITATION OF LIABILITY AND | * | JUDGE BERRIGAN |
| DECLARATORY JUDGMENT | * | MAGISTRATE JUDGE ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION AND ORDER OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes claimant-in-limitation, Robert Allen, who with respect, moves this Honorable Court to dismiss all claims he now has or may hereafter have against Pride Offshore, Inc., as owner of the M/V PRIDE ALABAMA and Shell Oil Company, with prejudice, each party to bear their respective costs of court.

Respectfully submitted,
LAMBERT & NELSON

_____
HUGH P. LAMBERT, #7033
LINDA J. NELSON, #9938
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1629
***Attorneys for Robert D. Allen***

DATE OF ENTRY
MAR 22 2001

1

2

## **CERTIFICATE**

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon all counsel of record herein by hand delivery, facsimile transmission, or by placing same in the U.S. Mail, postage prepaid, this __13__ day of March, 2001.

_____

2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF PRIDE OFFSHORE, INC. AS OWNER | * | |
| AND/OR OPERATOR OF THE M/V PRIDE | * | NO. 00-0215   SEC. "C"(4) |
| ALABAMA FOR EXONERATION FROM | * | |
| OR LIMITATION OF LIABILITY AND | * | JUDGE BERRIGAN |
| DECLARATORY JUDGMENT | * | MAGISTRATE JUDGE ROBY |

*******************************************

## ORDER

Considering the motion of claimant-in-limitation to dismiss, with prejudice, his claim against Pride Offshore, Inc., as owner of the M/V PRIDE ALABAMA and Shell Oil Company;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that claimant-in-limitation's claims against Pride Offshore, Inc., as owner of the M/V PRIDE ALABAMA and Shell Oil Company, be dismissed, with prejudice, each party to bear their respective costs of court.

New Orleans, Louisiana, this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE

3